IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-cr-00208 |
| | ) | |
| | ) | |
| JOSHUA D. STRICKLAND | ) | |

## UNITED STATES' MOTION FOR A DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT

COMES NOW the United States of America by Robert E. McGuire, Acting United States Attorney, and Herbert L. Bunton III, Assistant United States Attorney, and moves this Court for detention of the Defendant in this matter. Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves…any felony…that the possession of or use of a firearm." 18 U.S.C. § 3142(f)(1)(E) The Indictment in this case charges that the Defendant possessed a firearm in violation of 18 U.S.C. § 922(g)(1), which is a felony. Therefore, the Court should set a detention hearing based on the fact that, statutorily, the Government is entitled to one on their own motion in a case involving this offense.

Further, the United States would proffer that in addition to the indicted offense there is a legitimate danger to the community if the Defendant is released. Moreover, the Government would submit that the Defendant has several felony convictions at the time of the instant offense. The United States submits that the Defendant has previously been convicted in this federal court for a violation of 18 U.S.C. § 922(g)(1). Despite this conviction, the Defendant, as charged in the Indictment, possessed a firearm on Metro Davidson Housing Authority property knowing he could not legally possess a firearm.

The Defendant also has a felony conviction from Davidson County, Tennessee for selling Controlled Substances (cocaine) in 2016 and received a sentence of eight years imprisonment. Additionally, the Defendant has a 2009 felony conviction for Aggravated Robbery from Davidson County, Tennessee and received a sentence of nine years imprisonment. The Defendant's criminal history indicates he is a danger to the community and should be detained.

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney

By: */s/ Herbert L. Bunton III*
Herbert L. Bunton III
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on the 16th day of January, 2025.

*/s/ Herbert L. Bunton III*
Herbert L. Bunton III